(Request for reconsideration)

March 27th, 2020

Case # 1:20-CV-00365-AT

TO: The Honorable Judge Amy Totenberg

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR - 7 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk

I am writing this letter to request reconsideration in the final report and recommendation. The reason for this request is that I did not receive the order dated for Jan. 31, 2020. I had to move at short notice due to domestic violence, at that point I requested for mail to be forwarded to my new address which you now have on record. The letter I received at my new address was to inform me my case had been dismissed due to no response, at that point I contacted the clerk's office, however

admitted to the hospital. Once out of the hospital I was advised to limit my outside exposure due to my auto immune disorder and current events. I had my husband deliver a letter to the Clerk's office updating my address and explaining my circumstance. I have now received some of the correspondence that has since been remailed to my correct address.

I am asking that with all facts considered that I be able to proceed with my case, it was not intentional to not respond as I was completely unaware until I received a piece of forwarded mail about your decision. I am requesting an extension so that I am able to do what is required of me.   Sincerely, Shonee

Shanelle Newberry
925 Revere Way
Hampton GA 30228

ATLANTA METRO 300
04 APR 2020 PM 6 L

CLEARED
APR - 7 2020
U.S. Marshals
Atlanta, GA

Office of the clerk
US District Court
2211 United States courthouse
75 Ted Turner Dr SW
Atlanta, GA 30303