IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANELLE ANSNANEIK NEWBERRY, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:20-CV-0365-AT |
| v. | : : | |
| NAVY FEDERAL CREDIT UNION, | : : | |
| Defendant. | : | |

# **ORDER**

On March 2, 2020, the Magistrate Judge issued his Report and Recommendation (R&R), [Doc. 4], recommending that the instant action be dismissed for Plaintiff's failure to comply with the order, [Doc. 2], that she complete and return service forms for Defendant.  On March 20, 2020, after it appeared that Plaintiff had failed to file objections to the R&R, this Court adopted the R&R and dismissed the action without prejudice.  [Doc. 7].

On that same day, the Clerk received Plaintiff's objections. [Doc. 10].  Plaintiff also filed a motion for reconsideration.  [Doc. 11].  Plaintiff explains that she had to change her address because of domestic violence that she had to spend some time in the hospital, and as a result, she received her copy of the R&R late and did not have the time or ability to object.  This Court notes, however, that Plaintiff has yet to

AO 72A
(Rev.8/82)

complete and return the service forms to the Clerk, but it is not clear that she ever received them.

For good cause shown, Plaintiff's motion for reconsideration, [Doc. 11], is **GRANTED**, and the order dismissing this case, [Doc. 7], is **VACATED**.  The Clerk is **DIRECTED** to resubmit this matter to the Magistrate Judge for service of process. Plaintiff is cautioned, however, that if she again fails to timely complete and return the service forms, this matter will very likely be dismissed, and this Court would be very hesitant to reconsider that dismissal.

**IT IS SO ORDERED**, this 9th day of April, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)